UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS E. NOBLE, | : | |
| --- | --- | --- |
| Plaintiff, | : | **ORDER & JUDGMENT** |
| v. | : | CIVIL ACTION NO. 07-4528 (MLC) |
| MARY L. COOPER, | : | |
| Defendant. | : | |
| THOMAS E. NOBLE, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 09-5857 (MLC) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

For the reasons stated in the Court's Memorandum Opinion, dated September 28, 2010, **IT IS** on this 28th day of September, 2010, **ORDERED** that the separate applications pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis (see Civil Action No. 09-5857, dkt. entry no. 1; Civil Action No. 07-4528 (MLC), dkt. entry no. 1) are **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court **FILE THE DOCUMENTS** submitted by the plaintiff without the payment of fees or costs; and

**IT IS FURTHER ORDERED** that the motion for recusal (see Civil Action No. 09-5857 (MLC), dkt. entry no. 3) is **DENIED**; and

**IT IS FURTHER ORDERED** that the motion for emergency preliminary relief (see Civil Action No. 09-5857 (MLC), dkt. entry no. 2) is **DENIED WITHOUT PREJUDICE** to the plaintiff to pursue that relief in the proper forum; and

**IT IS FURTHER ADJUDGED** that the claims asserted under Civil Action No. 07-4528 (MLC) are **DISMISSED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate Civil Action No. 07-4528 (MLC) as **CLOSED**; and

**IT IS FURTHER ADJUDGED** that the claims asserted against the defendant Commonwealth of Pennsylvania — or, in the alternative, against the Pennsylvania state courts — under Civil Action No. 09-5857 (MLC) are **DISMISSED**; and

**IT IS FURTHER ADJUDGED** that the claims asserted against the defendant Department of Veterans Affairs, incorrectly named as the Veterans Administration, under Civil Action No. 09-5857 (MLC) are **DISMISSED** with leave to the plaintiff to attempt to pursue those claims in the proper forum; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate Civil Action No. 09-5857 (MLC) as **CLOSED.**

      s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge